UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| MELANIE R. JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARTIN O'MALLEY, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | **JUDGMENT** <br><br> 2:23-CV-47-BO-RJ |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This judgment filed and entered on January 23, 2024, and served on:**
Robert Gillikin (via CM/ECF NEF)
Everett Lupton (via CM/ECF NEF)
Cassia Parson (via CM/ECF NEF)
Samantha Zeiler (via CM/ECF NEF)
Wanda D. Mason (via CM/ECF NEF)

January 23, 2024

PETER A. MOORE, JR., CLERK

/s/ Lindsay Stouch
By: Deputy Clerk